UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE GADSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIR LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-cv-00460-VC<br><br>**ORDER DENYING MOTION FOR A STAY PENDING APPEAL**<br><br>Re: Dkt. No. 32 |

The motion for a stay pending appeal is denied.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
VINCE CHHABRIA
United States District Judge